

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00201-CV

**BANK OF AMERICA, N.A.** as Trustee of Bettye Baker Brown Trust, u/w, f/b/o William David Deiss, Trustee of Bettye Baker Brown Trust u/w, f/b/o Dianne Elizabeth Mysliwiec, Trustee of Bettye Baker Brown Trust, u/w, f/b/o Paula Jane Roberts, Trustee of Bettye Baker Brown Trust, and Baker E. Shaw, as Trustee of Dorothy Ann Roos Testamentary Trust,
Appellants

v.

**PRIZE ENERGY RESOURCES, L.P.**, Prize Operating Company, Gruy Petroleum Management Company n/k/a Cimarex Energy Co. of Colorado, Magnum Hunter Resources, Inc., Cimarex Energy Co., Hunter Gas Gathering, Inc., Pat R. Rutherford Jr., Michael G. Rutherford, Stevan D. Rutherford, Patrick R. Rutherford III, David Traylor Rutherford, John Richard Rutherford, Mary Elizabeth Rutherford, Paul Maroney Rutherford, Michael G. Rutherford Jr., Sally Ann Rutherford, and Rutherford Oil Co.,
Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M05-0002-CV-C
Honorable Michael E. Welborn, Judge Presiding

PER CURIAM

Sitting:     Marilyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  March 11, 2015

VACATED

In an unopposed motion, this court was advised that the parties have reached a full and final settlement agreement with respect to Baker E. Shaw as Trustee of the Dorothy Ann Roos Testamentary Trust. They request the portion of this court's August 29, 2014 judgment, pertaining

to Baker E. Shaw, Trustee of the Dorothy Ann Roos Testamentary Trust, be vacated. We grant the motion and vacate the portion of this court's judgment as to Baker E. Shaw, Trustee of the Dorothy Ann Roos Testamentary Trust.

PER CURIAM